938 A.2d 985

**WECARE ORGANICS, L.L.C., Petitioner,**

**v.**

**The ZONING HEARING BOARD OF SCHUYLKILL COUNTY, Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded to the Commonwealth Court for further proceedings consistent with *Wistuk v. Lower Mt. Bethel Township Zoning Hearing Board,* 592 Pa. 419, 925 A.2d 768 (2007) and 53 P.S.

§ 10908(9) (requiring that the applicant agree in writing or on the record to an extension of time).